**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6742**

———————

JOHN LIVESAY,

Plaintiff - Appellant,

versus

W. O. WARD, Medical Doctor,

Defendant - Appellee,

and

RIVERSIDE REGIONAL JAIL; DARNLEY HODGE,
Superintendent,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge.
(CA-98-1351-2)

———————

Submitted: July 12, 2001        Decided: July 20, 2001

———————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Livesay, Appellant Pro Se.  Michael Paul Falzone, John Kenneth Byrum, Jr., Chandra Dore Lantz, HIRSCHLER, FLEISCHER, WEINBERG, COX & ALLEN, Richmond, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Livesay appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Livesay v. Ward</u>, No. CA-98-1351-2 (E.D. Va. Mar. 28, 2001).  We deny Livesay's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>